■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID B. EPSTEIN, On Behalf of KIRK HUDSON, Petitioner, v COMMISSIONER, NEW YORK CITY DEPARTMENT OF CORRECTION, Respondent. [656 NYS2d 904] —Writ of habeas corpus to restore Kirk Hudson, the defendant in a criminal action entitled *People v Kirk Hudson* under Kings County Indictment No. 4814/96, to the original conditions of his release on bail.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Kings County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" *(People ex rel. Klein v Kruger,* 25 NY2d 497, 499; *see, People ex rel. Rosenthal v Wolfson,* 48 NY2d 230). Mangano, P. J., Pizzuto, Krausman and Luciano, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS SHEEHAN, on Behalf of RICARDO MCDONALD, Petitioner, v COMMISSIONER, NEW YORK CITY DEPARTMENT OF CORRECTION, Respondent. [656 NYS2d 905] —Writ of habeas corpus to restore Ricardo McDonald, the defendant, in a criminal action entitled *People v Ricardo McDonald* under Kings County Indictment No. 4814/96, to the original condiitons of his release on bail.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Kings County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" *(People ex rel. Klein v Kruger,* 25 NY2d 497, 499; *see, People ex rel. Rosenthal v Wolfson,* 48 NY2d 230). Mangano, P. J., Pizzuto, Krausman and Luciano, JJ., concur.